## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jenna Lee Acevedo aka Jenna L. Acevedo,      **BK NO. 25-01371 MJC**
aka Jenna Acevedo

                 **Debtor(s)**           **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Matthew Fissel*

                          Matthew Fissel
                          22 May 2025, 13:20:35, EDT

                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          215-627-1322

Document ID: a5a7bc23b0137fd97c800059de55f724d8a68497fb44d6718f6463c9efb4ef7