Certificate Number: 12433-PAM-DE-039721686

Bankruptcy Case Number: 25-01371



12433-PAM-DE-039721686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 30, 2025</u>, at <u>10:52</u> o'clock <u>PM EDT</u>, <u>Jenna Lee Acevedo</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>June 2, 2025</u>          By:   <u>/s/Lisa Susoev</u>

                                  Name: <u>Lisa Susoev</u>

                                  Title: <u>Teacher</u>