In re:                                                                                          Case No. 25-01371-MJC

Jenna Lee Acevedo                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: ntcnfhrg | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jenna Lee Acevedo, 2310 Woodcrest Drive, East Stroudsburg, PA 18302-9237 |
| 5712283 | + | DAVID H MEYROWITZ ESQ, SIMON MEYROWITZ & MEYROWITZ PC, 355 LEXINGTON AVE 4TH FLOOR, NEW YORK, NY 10017-6603 |
| 5712284 | + | DIGNIFI/WEBBANK, PO BOX 84010, SIOUX FALLS, SD 57118-4010 |
| 5712287 | + | LAKE OF THE PINES POA, 1083 LAKE OF THE PINES BLVD. N., EAST STROUDSBURG, PA 18302-8615 |
| 5712288 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5712291 | + | NEW YORK CITY HOUSING AUTHORITY, 90 CHURCH STREET, NEW YORK, NY 10007-2903 |
| 5712294 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, PEOPLE FIRST FCU, 2141 DOWNYFLAKE LANE, ALLENTOWN, PA 18103-4774 |
| 5712296 | | PNC MORTGAGE, PO BOX 771021, CHICAGO, IL 60677-1021 |
| 5715599 | + | People First Federal Credit Union, 740 Hamilton St Suite 300, Allentown, PA 18101-2474 |
| 5712302 | | THE REDEVELOPMENT AUTHORITY OF THE, COUNTY OF MONROE, 701 MAIN STREET, SUITE #502, STROUDSBURG, PA 18360-2024 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.ebn.ebn@aisinfo.com | Jun 17 2025 18:46:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 17 2025 18:45:48 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5719635 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2025 18:45:59 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5712275 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 17 2025 18:42:00 | Apple Card - Gs Bank Usa, GOLDMAN SACHS BANK, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 5712276 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 17 2025 18:42:00 | BARCLAYS BANK DELAWARE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5712277 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 17 2025 18:42:00 | BARCLAYS BANK/GAP, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5712278 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 17 2025 18:46:05 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 5712279 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 18:56:30 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5712280 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2025 18:42:00 | CB INDIGO, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5712281 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2025 18:42:00 | COMENITY CAPITAL/CHLDPLCE, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5712282 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| Recipient | Method | Time | Address |
|---|---|---|---|
| | | Jun 17 2025 18:42:00 | CONCORA CREDIT, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 5713867 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:45:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5712285 | Email/PDF: acg.exeter.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:46:00 | EXETER FINANCE LLC, PO BOX 650598, DALLAS, TX 75265-0598 |
| 5713561 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:45:49 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5715631 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:45:51 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5712286 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:46:04 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5714541 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 17 2025 18:46:00 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5712289 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 17 2025 18:45:52 | MACYS/CITIBANK NA, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 5718565 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 17 2025 18:46:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5712290 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 17 2025 18:45:49 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5712292 | Email/Text: bnc@nordstrom.com | | |
| | | Jun 17 2025 18:42:06 | NORDSTROM/TD BANK, 8502 E PRINCESS DR STE 150, SCOTTSDALE, AZ 85255-5488 |
| 5712293 | + Email/PDF: cbp@omf.com | | |
| | | Jun 17 2025 18:45:52 | ONEMAIN, 601 NW 2ND STREET, EVANSVILLE, IN 47708-1013 |
| 5716849 | + Email/PDF: cbp@omf.com | | |
| | | Jun 17 2025 18:45:59 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5712295 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 17 2025 18:41:00 | PNC BANK, PO BOX 5580, CLEVELAND, OH 44101-4747 |
| 5720118 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 17 2025 18:42:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5715665 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 17 2025 18:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5712297 | Email/Text: bankruptcy@snapfinance.com | | |
| | | Jun 17 2025 18:41:00 | SNAP FINANCE, PO BOX 26561, SALT LAKE CITY, UT 84126 |
| 5712298 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:46:06 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5712299 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 17 2025 18:45:59 | SYNCB/LOWES, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5712300 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Jun 17 2025 18:42:00 | TBOM - MILESTONE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 5712301 | Email/Text: bncmail@w-legal.com | | |
| | | Jun 17 2025 18:42:00 | TD BANK USA/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jenna Lee Acevedo lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jenna Lee Acevedo,
aka Jenna L. Acevedo, aka Jenna Acevedo,

**Debtor 1**

Chapter        13

Case No.        5:25−bk−01371−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 24, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 17, 2025 |

ntcnfhrg (08/21)